July 27, 2017



# JUDGMENT

## The Fourteenth Court of Appeals

DIOGU KALU DIOGU II, Appellant

No. 14-16-00324-CV
No. 14-16-00330-CV                                        V.

ROY MCCLOUD JR., Appellee

_____

This is a consolidated appeal. Cause No. 14-16-00324-CV, an appeal from the judgment signed January 21, 2016, in trial court cause no. 10-DCV-179785 in favor of appellee Roy McCloud Jr., was heard on the transcript of the record. The record shows that the trial court lost plenary power over cause no. 10-DCV-179785 in 2010, and thus, the order is void for want of jurisdiction. Cause No. 14-16-00330-CV, an appeal from two orders signed July 28, 2014, in trial court cause no. 13-DCV-210161 denying appellant Diogu Kalu Diogu II's motion for summary judgment and granting appellee Roy McCloud Jr.'s motion for partial summary judgment, was heard on the transcript of the record. The record shows that the orders are interlocutory.

We therefore order this consolidated appeal **DISMISSED**.

We order appellant Diogu Kalu Diogu II to pay all costs incurred in this appeal.

We further order that mandates be issued immediately.

We further order this decision certified below for observance.